United States District Court
Southern District of Texas
**ENTERED**
May 01, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHIKA OKPOBIRI,<br>*Plaintiff,*<br><br>V.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.<br>ET AL.<br>*Defendants.* | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:25cv00320<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April, 18, 2025 (Dkt. 40) and the objections thereto (Dkt. 45), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that Defendant Experian Information Solutions, Inc. and Equifax Information Services, Inc.'s Joint Motion to Dismiss (Dkt. 21) is **GRANTED** and Defendant Experian Information Solutions, Inc. and Equifax Information Services, Inc. are **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas this __1st__ day of May, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE