United States District Court
Southern District of Texas
**ENTERED**
June 11, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CHIKA OKPOBIRI, <br> *Plaintiff,* <br><br> V. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., ET AL. <br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 4:25cv00320 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 13, 2025 (Dkt. 64) and the objections thereto (Dkt. 72), the court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Chika Okpobiri's claims against remaining Defendant Transunion LLC are **DISMISSED WITHOUT PREJUDICE** for lack of service.

**SIGNED** at Houston, Texas this __11th__ day of June, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE