United States District Court
Southern District of Texas
**ENTERED**
June 11, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| CHIKA OKPOBIRI,<br>*Plaintiff,*<br><br>V.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>ET AL.,<br>*Defendants* | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:25cv00320<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

In accordance with this Court's Orders of Adoption adopting the Magistrate Judge's recommendation that Plaintiff's claims against remaining Defendant, Transunion LLC, be dismissed for lack of service (Dkt. 64), it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims against remaining Defendant, Transunion LLC are **DISMISSED WITHOUT PREJUDICE** for lack of service.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas this _11th_ day of June, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE