United States District Court
Southern District of Texas
**ENTERED**
September 16, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CHIKA OKPOBIRI, *Plaintiff*, | § § § | |
| V. | § § | CIVIL ACTION NO. 4:25cv00320 |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL. *Defendants*. | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 28, 2025, (Dkt. 76) and there being no objection, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this __16th__ day of September, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE